**HINSON SNIPES LLP**
ATTORNEYS AT LAW

PRINCETON FORRESTAL VILLAGE
116 VILLAGE BLVD., SUTE 307, PRINCETON, NEW JERSEY 08540

TRACEY HINSON *+
MAURICE SNIPES

Tel: 609-452-7333
Fax: 609-452-7332
www.hinsonsnipesllp.com

*NJ & NY Bars
+Certified by the Supreme Court of New Jersey as a Certified Civil Trial Attorney

May 25, 2021

<u>Via E-File Only</u>
Honorable Edward S. Kiel, U.S.M.J.
United States District Court
2 Federal Square Courtroom 8
Newark, New Jersey 07101

        **Re:  Estate of Andrew Dixon v. City of Newark, *et al*.,
        <u>Docket No: 2:21-cv-01289-JKM-ESK</u>**

Your Honor:

    Before Your Honor is defendants' Motion to Dismiss Against the City and Mayor, returnable June 7, 2021, with plaintiff's opposition due May 24, 2021.

    With the consent of counsel, I respectfully request that the Court reschedule the current motion to June 21, 2021, due to my ongoing family medical emergencies which have not been resolved. Plaintiff's Opposition will be filed no later than <u>June 7, 2021</u>, although I anticipate it will be filed before that date. Defendants' Reply Brief will be due by <u>June 14, 2021</u>.

    Your Honor's consideration is greatly appreciated.

                              Respectfully submitted,

                              ***HINSON SNIPES, LLP***

                By:  <u>/s Tracey Hinson</u>
                      Tracey Hinson, Esquire