# THE ANTOINE LAW FIRM, LLC

WILSON D. ANTOINE, ESQ.

*CREATIVE* • *STRATEGIC* • *STEADFAST*    MANAGING PARTNER

September 15, 2025    NJ Bar No. 027922008

**VIA CM/ECF**
Honorable José R. Almonte, U.S.M.J.

**RE    STATUS LETTER**
   **Ronald Clayton et al., v. City of Newark et al.,**
   **Civil Action No.** 2:21-cv-01289-JKS-JRA
   **Matter No.** MAT100195

Dear Judge Almonte:

   As Your Honor may be aware, this law firm (the "Firm") represents the City of Newark (the "City"), Mayor Ras J. Baraka, Retired Public Safety Director Brian Ohara, Retired Police Chief Lee Douglas, Lieutenant Kirt Rubel, Officer Edgardo Gonzalez, Officer Gabriel Lopez, and Officer Valeria Sanchez (collectively "Defendants"), in the above-referenced matter.

   Although the Firm's appearance was entered on behalf of Officer Hector Ortiz, it has come to the Firm's attention that there is a potential conflict of interest between the City of Newark and Officer Ortiz. Accordingly, the City is in the process of reassigning Officer Ortiz's representation to another law firm.

   I am writing this letter in response to Your Honor's text order, dated August 22, 2025, Dkt. 140, requesting that the parties submit a joint status letter. As the Firm has only recently been retained in this matter, the Firm is still in the process of (1) confirming with Plaintiff's counsel the status of outstanding discovery; and (2) securing all discovery and police/personnel records from the City that may be at issue in this matter. Already, the Firm has received a voluminous amount of records that are currently being processed to determine which documents have been produced and which documents still remain to be produced or added to a privilege log.

   Notwithstanding the foregoing, Plaintiff's counsel has been very cooperative in assisting the undersigned get up to speed as quickly as possible. Plaintiff has resent a settlement demand. I have confirmed today that the demand had already been received and, on information and belief, is still being considered by the City.

   Officer Ortiz was deposed on June 30, 2025. Plaintiff, along with Officers Gonzalez and Lopez have not yet been deposed. Plaintiff also seeks the deposition



**STATUS LETTER**
**Ronald Clayton et al., v. City of Newark et al.,**
**Civil Action No.** 2:21-cv-01289-JKS-JRA
**Matter No.** MAT100195
**From:** The Antoine Law Firm, LLC
**To:** Honorable José R. Almonte, U.S.M.J.
**Date:** September 13, 2025

of the City's "IA commander" and a corporate designee once all internal affairs ("IA") files are received.

 Plaintiff is seeking written answers to discovery from Officers Gonzalez and Lopez. As per the last status letter, the City provided IA files related to Differential Treatment for 2016 through 2019 (4 years) and Supervisor Inefficiency for 2016 through 2018 (three years). According to Plaintiff's counsel, the City still has not produced department-wide IA files for excessive or deadly force, criminal conduct, false statements, and unlawful vehicle pursuits. The City has also not produced the Internal Affairs Index for those years, according to Plaintiff.

 Again, it bears noting that this Firm is still evaluating the case file received from the City, thus far, as well as the merits of Plaintiff's discovery deficiency claims. The parties thank Your Honor for giving time and attention to this matter.

Respectfully submitted,

**THE ANTOINE LAW FIRM, LLC**

*s/Wilson D. Antoine*
Wilson D. Antoine, Esq.
Managing Partner



Certified by the Supreme
Court of New Jersey
as a Civil Trial Attorney

CC: Counsel of Record (via CM/ECF)

---